UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA


Written Opinion
Under the E-Government Act and Judicial Conference policy

| | |
|---|---|
| MARY E. LANE,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>　of the Social Security Administration,<br><br>　　　　　Defendant. | 4:07-cv-123-SEB-WGH |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Mary E. Lane is not entitled to Disability Insurance Benefits based on her application filed on February 2, 2004, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date:  09/15/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert Lewis Barlow II
BARLOW LAW OFFICE
rbarlow@blueriver.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov